# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL D'ALTILIO**, | : | CIVIL ACTION NO. 1:06-CV-1931 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DOVER TOWNSHIP**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of July, 2008, upon consideration of the defendants' concurred-in motion (Doc. 63) for a stay of all pre-trial filing deadlines, it is hereby ORDERED that said motion is GRANTED. All deadlines established by the Court's May 8, 2008, order are hereby STAYED pending disposition of the defendants' motion to dismiss the plaintiff's amended complaint, at which time a new scheduling order will be issued.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge